FRIEDA HAUT et al., appellants,

*v.*

WILLIAM ROSSBACH et al., respondents.

[Decided January 3d, 1941.]

*Mr. Harry Krieger,* for the appellants.

*Messrs. Larkey, Mareiniss & Snyder,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported at *128 N. J. Eq. 77.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.